UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAYMOND McCOY,<br><br>          Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>          Respondent. | CASE NO. C10-957MJP`<br><br>ORDER ON REPORT AND RECOMMENDATION & MOTION FOR CERTIFICATE OF APPEALABILITY |

The above-entitled Court, having received and reviewed

1. Magistrate Judge's Report and Recommendation (Dkt. No. 26)

2. Respondent's Motion to Expand the Record (Dkt. No. 16)

3. Petitioner's Motions to Stay Proceedings, Expand the Record, Strike and Compel Disclosure, and Objecting to the Court's Magistrate Judge Report and Recommendation (Dkt. Nos. 18, 19, 21, 27)

4. Petitioner's Motion to Grant Certificate of Appealability (Dkt. No. 28)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that Respondent's motion to expand the record (Dkt. No. 16) is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motions (Dkt. Nos. 18, 19, 21) are DENIED as moot.

IT IS FURTHER ORDERED that Respondent's motion to dismiss is GRANTED and Petitioner's § 2254 habeas petition is DISMISSED with prejudice.

IT IS FURTHER ORDERED that Petitioner's motion for a certificate of appealability is DENIED.

**Discussion**

Petitioner does not even contest that the mandate of <u>Stone v. Powell</u>, 428 U.S. 465 (1978) is applicable to the facts of his case; that he has not only had the opportunity, but in fact has "fully and fairly" litigated his Fourth Amendment claims in state court.  Having failed to demonstrate that the state courts have precluded him from litigating his constitutional claims, Petitioner is barred from pursuing them in federal court.  The fact that he continues to be dissatisfied with the results of his state court proceedings does not afford him grounds for the relief he seeks.

The Court grants Respondent's motion to expand the record because the authenticity and content of the requested documents are unchallenged and consist entirely of state-court records. Petitioner's remaining motions are moot in light of the dismissal of his habeas petition, and the Court denies them on that ground.

Because no reasonable jurist would disagree with the application of <u>Stone v. Powell</u> to the facts of this case, Petitioner's request for a certificate of appealability will likewise be denied.

**Conclusion**

Petitioner's habeas corpus petition is DISMISSED with prejudice and his remaining motion are dismissed as moot. Respondent's motion to expand the record is GRANTED. Petitioner's motion for certificate of appealability is DENIED.

The clerk is ordered to provide copies of this order to Magistrate Judge Tsuchida, to Petitioner and to counsel.

Dated December 15, 2010.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER ON REPORT AND RECOMMENDATION
& MOTION FOR CERTIFICATE OF
APPEALABILITY- 3